# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                                    )
             Plaintiff,       )
                                    )
             v.           )   **Case No. 12-cv-870 (RJL)**
                                    )
YOUNES MUBARAK ALRASHEEDI,   )
a.k.a., YOUNIS MUBARAK SALEH    )   **FILED**
                                    )
            Defendant.      )   **JUL 1 1 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this ___ day of July, 2013, hereby **ORDERED** that the plaintiff's Motion for Summary Judgment [Dkt. #9] is **GRANTED**.

It is further **ORDERED** that defendant Younes Mubarak Alrasheedi's Certificate of                              be cancelled by the U.S. Department of Homeland Security.

And it is further **ORDERED** that defendant Alrasheedi surrender and deliver his Certificate of Naturalization and all other indicia of U.S. citizenship, including, but not limited to, his U.S. passport, to the Attorney General or his designated representative.

RICHARD J. LEON
United States District Judge

8